UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| CARLOS SALLIS, | ) | CASE NO.  05 B 55284 |
| | ) | |
| DEBTOR | ) | JUDGE A. BENJAMIN GOLDGAR |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:**  Ilene F. Goldstein
        Registrant's e-mail: **ifgolds@aol.com**

**Please Take Notice** that on Monday, March 9, 2009, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

**REQUEST FOR NOTICE**

Pursuant to Fed.R.Bankr.P. 2002(a)(6) and 2002(f)(8), the United States Trustee requests that notice  be sent to the debtor, all creditors, any indenture trustee, and the U.S. Trustee of the hearing on application for compensation and reimbursement of expenses, and the trustee's final report.

                                    WILLIAM T. NEARY
                                    UNITED STATES TRUSTEE

DATED: March 9, 2009          BY:   /s/ Dean C. Harvalis
                                    Dean C. Harvalis, Attorney
                                    Assistant U.S. Trustee
                                    OFFICE OF THE U.S. TRUSTEE
                                    219 SOUTH DEARBORN, ROOM 873
                                    CHICAGO, ILLINOIS  60604
                                    (312) 886-5785

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Local Rule 9013-3(D) the above **Certificate of Review of Trustee's Final Report** was filed on March 9, 2009, and served on all parties identified as Registrants on the service list above through the Court's Electronic Notice for Registrants on March 9, 2009.

                                    /s/ Dean C. Harvalis