# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br>SALLIS, CARLOS ELDRIDGE<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05-55284 ABG<br><br>JUDGE A. Benjamin Goldgar |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: U.S. BANKRUPTCY COURT sitting at the **Park City Branch Court** located at **301 Greenleaf Ave, Park City, Illinois**, **60085** in **Courtroom B** or any other Court Room which may be assigned before the Honorable A. Benjamin Goldgar
    on: **April 24, 2009**
    at: **2:00 p.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    a. Receipts                              $       11,972.34

    b. Disbursements                         $           20.40

    c. Net Cash Available for Distribution   $       11,951.94

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| ILENE F. GOLDSTEIN<br>(Trustee Fees) | 0.00 | $1,947.23 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Fees) | 0.00 | $2,521.50 | |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>(Trustee's Firm Legal Expenses) | 0.00 | | $75.00 |
| Jodi E. Gimbel,P.C.<br>(Trustee's Accountant Fees) | 0.00 | $385.00 | |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $28,576.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 24.58%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Yellow Book USA | $ 3,936.79 | $ 967.54 |
| 2 | OraPharma Inc | $ 1,097.48 | $ 269.73 |
| 3 | Patterson | $ 2,953.59 | $ 725.90 |
| 4 | Premium Waters | $ 272.55 | $ 66.98 |
| 5 | Premium Asset Recovery | $ 1,021.55 | $ 251.07 |
| 6 | United States Department of Education | $ 14,604.88 | $ 3,589.44 |
| 7 | Medical Arts | $ 74.29 | $ 18.26 |
| 8 | HPSC Loans | $ 3,390.24 | $ 833.22 |
| 9 | Suburan Chicago Newspapers | $ 1,225.00 | $ 301.07 |

7. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.
8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.
9. Debtor has been discharged.
10. The Trustee proposed to abandon the following property at the hearing: NONE

Dated: March 13, 2009             For the Court,

KENNETH S. GARDNER
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL  60604

Trustee: ILENE F. GOLDSTEIN
Address: Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave.  Suite 200
Highland Park, Illinois 60035
Telephone # (847) 926-9595

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 2                   Date Rcvd: Mar 13, 2009
Case: 05-55284                 Form ID: pdf002              Total Served: 52

The following entities were served by first class mail on Mar 15, 2009.
db           +Carlos Eldridge Sallis,   16888 Orchard Valley Dr.,   Gurnee, IL 60031-2453
10252443     +Advertiser Network,   236 Rt. 173,   Antioch, IL 60002-1897
10252444     +Anchor Storage,   39406 N.Lewis Ave.,   Beach Park, IL 60099-3331
10645747     +Barbara Sadonwicz,   5155 Red Pine Ave,   Gurnee IL 60031-1777
10252445     +Becker-Parkin,   450 W. 33rd St.,   New York, NY 10001-2603
10252447     +CIT Small Business Lending,   P.O. Box 277280,   Atlanta GA 30384-7280
10252446     +Cerinate Lab, Corp,   P.O. Box 1729,   Santa Maria, CA 93456-1729
10252448     +Citi,   PO Box 68895,   Des Moines, IA 50368-0001
10252449     +Citi Advantage Business Card,   PO Box 6309,   The Lakes, NV 88901-6309
10252450     +Darby Dental,   POBox 26582,   New York, NY 10087-6582
10252451     +Dental Repair Service, Inc.,   36142 N. Eagle ct.,   Ingleside, IL 60041-9551
10252452     +Euro-Tech Labs,   2434 E. Dempster,   Des Plaines, IL 60016-5316
10252453     +Federal Express,   1121 Northpoint Blvd,   Waukegan IL, IL 60085-8216
10252455      GSK,   PO Box 10098,   Des Moines, IA 50340
10252454     +Graphics To Go,   1425 W. Golf,   Waukegan, IL 60087-4830
10252458     +HPSC Loans,   1 Beacon St 2nd Floor,   Boston, MA 02108-3106
10252456     +Happenings Magazine,   1420 63rd st.,   Kenosha, WI 53143-4451
10252457      Harris Bank,   PO Box 6290,   Carol Stream, IL 60197-6290
10645748     +Jason S Marks,   Noonan Perillo & Polenzani Ltd,   25 N County St,   Waukegan IL 60085-4342
10252459      Juniper Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
10252461      LaSalle Bank-Commercial Loans,   8617 Innovation Way,   Chicago, IL 60682-0086
10252460     +Lakeland Media,   30 S. Whitney St.,   Grayslake, IL 60030-1548
10645749     +Law Office of Paul D Lawent,   3949 N Pulaski Rd,   Chicago IL 60641-2932
10252462     +Medical Arts,   P.O. Box 94777,   Palatine, IL 60094-4777
10252463     +Monarch,   210 Landmark Dr. #C,   Normal IL, IL 61761-2194
10252464     +Monogram Bank NA,   P.O. Box 17054,   Wilmington, DE 19884-0001
10252465      Muzak,   P.O. Box 90423,   Chicago, IL 60696-0423
10666014     +OraPharma Inc,   Attn Oneida Garcia CR Mgr,   732 Louis Drive,   Warminster PA 18974-2829
10252468     +PPG MGMT. Consultants, LLC,   5525 Green Bay Rd.,   Kenosha, WI 53144-3755
10252466     +Patterson,   P.O. Box 164,   Minneapolis, MN 55440-0164
10252467     +Pitney Bowes,   2225 American Drive,   Neenah, WI 54956-1005
10252469     +Practice Works Systems, LLC,   1976 Solutions Center,   Chicago, IL 60677-1009
10252470     +Premium Asset Recovery,   350 Jim Moran Blvd #210,   Deerfield Beach FL 33442-1782
10252471     +Premium Waters,   2520 Broadway St NE,   Minneapolis, MN 55413-1962
10252472      R. H. Donneley,   P.O. Box 807008,   Kansas City, MO 64180-7008
10252473     +Scott's Dental,   10421 Burnham Drive Northwest,   Building 3,   Gig Harbor, WA 98332-7876
10252474     +Sears Fire and Safety,   245 Erie Drive,   Palatine, IL 60067-2508
10252475     +Shred-Co,   478 Diens Drive,   Wheeling, IL 60090-2641
10252476     +Smart Practice,   3400 E. Mcdowell Rd.,   phoenix, AZ 85008-7899
10252477     +Smart Shopper,   1420 63rd Street,   Kenosha, WI 53143-4451
10252478     +Sonicare-Philips Oral Healthcare,   Worldwide Sales,   P.O. Box 847569,   Dallas, TX 75284-7569
10252479      Stericycle, Inc.,   P.O. Box 9001588,   Louisville, KY 40290-1588
10252480     +Suburan Chicago Newspapers,   News Sun,   P.O. Box 1008,   Tinley Park, IL 60477-9108
10252481     +Sunstar Butler,   4635 W. Foster Ave.,   Chicago, IL 60630-1709
10252482      Trojan,   P.O. Box 1270,   Los Alamitos, CA 90720-1270
10252483     +U S Department of Education,   501 Bleecker Street,   Utica, NY 13501-2401
11235956      United States Department of Education,   Direct Loan Servicing Center,   P.O. Box 5609,
               Greenville, TX 75403-5609
10252484     +Weiss Memorial Hospital,   4141 N. Marine Drive,   Chicago, IL 60613
10252485     +Wells Fargo Bank NA,   c/o McCalla Raymer et al,   1544 Old Alabama Rd,   Roswell GA 30076-2102
10252486     +Yellow Book USA,   c/o RMS Bankruptcy Recovery Svcs,   POB 5126,   Timonium MD 21094-5126
10645750      Yellow Book of IL LLC,   POB 586,   Newark NJ 07101-0586
10252487     +Zahn Dental/ Schein, Inc.,   135 Duryea Road,   Melville, NY 11747-3834

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Mar 13, 2009
Case: 05-55284                 Form ID: pdf002          Total Served: 52
```

         ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 15, 2009**                         **Signature:**      *Joseph Speetjens*