# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: SALLIS, CARLOS ELDRIDGE | § | Case No. 05-55284 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $8,040.00 | Assets Exempt:   $29,495.00 |
| Total Distribution to Claimants: $7,024.09 | Claims Discharged Without Payment: $119,853.99 |
| Total Expenses of Administration:  $4,949.13 | |

3)  Total gross receipts of $    11,973.22   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00        (see **Exhibit 2** ), yielded net receipts of $11,973.22 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,949.13 | 4,949.13 | 4,949.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 98,050.61 | 28,827.47 | 28,827.47 | 7,024.09 |
| **TOTAL DISBURSEMENTS** | $98,050.61 | $33,776.60 | $33,776.60 | $11,973.22 |

4) This case was originally filed under Chapter 7 on October 14, 2005.
. The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/28/2009          By:  /s/ILENE F. GOLDSTEIN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| AUTOMOBILES AND OTHER VEHICLES 2003 Cadillac | 1129-000 | 11,800.00 |
| Interest Income | 1270-000 | 173.22 |
| **TOTAL GROSS RECEIPTS** | | $11,973.22 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,947.23 | 1,947.23 | 1,947.23 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 2,521.50 | 2,521.50 | 2,521.50 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 75.00 | 75.00 | 75.00 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 385.00 | 385.00 | 385.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 10.20 | 10.20 | 10.20 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 10.20 | 10.20 | 10.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,949.13 | 4,949.13 | 4,949.13 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Yellow Book USA | 7100-000 | N/A | 3,936.79 | 3,936.79 | 967.67 |
| OraPharma Inc | 7100-000 | N/A | 1,097.48 | 1,097.48 | 269.76 |
| Patterson | 7100-000 | N/A | 2,953.59 | 2,953.59 | 725.99 |
| Premium Waters | 7100-000 | N/A | 272.55 | 272.55 | 66.99 |
| Premium Asset Recovery | 7100-000 | N/A | 1,021.55 | 1,021.55 | 0.00 |
| United States Department of Education | 7100-000 | N/A | 14,604.88 | 14,604.88 | 3,589.89 |
| Medical Arts | 7100-000 | N/A | 74.29 | 74.29 | 18.26 |
| HPSC Loans | 7100-000 | N/A | 3,390.24 | 3,390.24 | 833.32 |
| Suburan Chicago Newspapers | 7100-000 | N/A | 1,225.00 | 1,225.00 | 301.11 |
| Practice Works Systems LLC | 7100-000 | 371.79 | N/A | N/A | 0.00 |
| PPG MGMT Consultants LLC | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Pitney Bowes | 7100-000 | 1,186.28 | N/A | N/A | 0.00 |
| Monogram Bank NA | 7100-000 | 5,369.00 | N/A | N/A | 0.00 |
| Muzak | 7100-000 | 178.50 | N/A | N/A | 0.00 |
| Lakeland Media | 7100-000 | 1,640.00 | N/A | N/A | 0.00 |
| Monarch | 7100-000 | 950.00 | N/A | N/A | 0.00 |
| LaSalle Bank-Commercial Loans | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| R.H. Donneley | 7100-000 | 7,522.87 | N/A | N/A | 0.00 |
| Trojan | 7100-000 | 460.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Smart Practice | 7100-000 | 646.49 | N/A | N/A | 0.00 |
| Stericycle Inc. | 7100-000 | 201.38 | N/A | N/A | 0.00 |
| Smart Shopper | 7100-000 | 239.14 | N/A | N/A | 0.00 |
| Shred-Co | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| Sears Fire and Safety | 7100-000 | 123.60 | N/A | N/A | 0.00 |
| Sunstar Butler | 7100-000 | 265.28 | N/A | N/A | 0.00 |
| Zahn Dental/Schein Inc. | 7100-000 | 776.70 | N/A | N/A | 0.00 |
| Juniper Bank | 7100-000 | 17,826.71 | N/A | N/A | 0.00 |
| Scott's Dental | 7100-000 | 56.45 | N/A | N/A | 0.00 |
| Federal Express | 7100-000 | 48.29 | N/A | N/A | 0.00 |
| Happenings Magazine | 7100-000 | 1,321.04 | N/A | N/A | 0.00 |
| Advertiser Network | 7100-000 | 104.23 | N/A | N/A | 0.00 |
| Anchor Storage | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| Euro-Tech Labs | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| Graphics To Go | 7100-000 | 498.21 | N/A | N/A | 0.00 |
| Dental Repair Service Inc. | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| Darby Dental | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| Cerinate Lab Corp | 7100-000 | 597.00 | N/A | N/A | 0.00 |
| Citi Advantage Business Card | 7100-000 | 17,550.00 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 7,037.15 | N/A | N/A | 0.00 |
| GSK | 7100-000 | 76.50 | N/A | N/A | 0.00 |
| Clerk of the United States Bankruptcy Court | 7100-000 | N/A | 251.10 | 251.10 | 251.10 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 98,050.61 | 28,827.47 | 28,827.47 | 7,024.09 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-55284 | **Trustee:** (330290) ILENE F. GOLDSTEIN |
| **Case Name:** SALLIS, CARLOS ELDRIDGE | **Filed (f) or Converted (c):** 10/14/05 (f) |
| | **§341(a) Meeting Date:** 01/12/06 |
| **Period Ending:** 12/28/09 | **Claims Bar Date:** 05/15/07 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 430,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS | 100.00 | 100.00 | DA | 0.00 | FA |
| 3 | SECURITY DEPOSITS | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 5 | WEARING APPAREL AND JEWELRY | 500.00 | 500.00 | DA | 0.00 | FA |
| 6 | PENSION PLANS AND PROFIT SHARING | 18,000.00 | 0.00 | | 0.00 | FA |
| 7 | ACCOUNTS RECEIVABLE | 33,000.00 | 0.00 | | 0.00 | FA |
| 8 | AUTOMOBILES AND OTHER VEHICLES 1992 Buick | 1,170.00 | 0.00 | | 0.00 | FA |
| 9 | AUTOMOBILES AND OTHER VEHICLES 2000 Pontiac | 2,940.00 | 1,940.00 | DA | 0.00 | FA |
| 10 | AUTOMOBILES AND OTHER VEHICLES 2003 Cadillac | 11,395.00 | 0.00 | | 11,800.00 | FA |
| 11 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 20,000.00 | 0.00 | | 0.00 | FA |
| 12 | Inventory | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Pet | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Personal Property | 100.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 173.22 | FA |
| 15 | **Assets**    Totals (Excluding unknown values) | **$522,705.00** | **$7,040.00** | | **$11,973.22** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS:   THE TRUSTEE IS EVALUATING THE DEBTORS TRANSACTIONS.  IN ADDITION THE TRUSTEE SOLD AN INTEREST IN A CAR.  THE TRUSTEE IS CURRENTLY EVALUATING CLAIMS AND TAXES AND WILL FILE HER FINAL REPORT SHORTLY.  THE TRUSTEE RECEIVED THIS CASE AND THE FIRST MEETING OF CREDITORS WAS SET FOR JANUARY OF 2006.

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | March 31, 2008 | Current Projected Date Of Final Report (TFR): | June 30, 2009  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-55284 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | SALLIS, CARLOS ELDRIDGE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****32-65 - Money Market Account |
| Taxpayer ID #: | 13-7508947 | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 12/28/09 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/24/06 | {10} | Carlos Sallis | Payment on sale of car | 1129-000 | 11,800.00 | | 11,800.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 1.04 | | 11,801.04 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 7.53 | | 11,808.57 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 8.03 | | 11,816.60 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.77 | | 11,824.37 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 8.04 | | 11,832.41 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 8.04 | | 11,840.45 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.52 | | 11,847.97 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 8.30 | | 11,856.27 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.79 | | 11,864.06 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 7.53 | | 11,871.59 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.91 | | 11,879.50 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.92 | | 11,885.42 |
| 03/20/07 | 1001 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05-55284 | 2300-000 | | 10.20 | 11,875.22 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.34 | | 11,881.56 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.55 | | 11,888.11 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.55 | | 11,894.66 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.13 | | 11,900.79 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.77 | | 11,907.56 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 6.57 | | 11,914.13 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 5.93 | | 11,920.06 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.00 | | 11,927.06 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 6.20 | | 11,933.26 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 6.07 | | 11,939.33 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 5.45 | | 11,944.78 |
| 02/12/08 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #05-55284, Bond payment | 2300-000 | | 10.20 | 11,934.58 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 2.45 | | 11,937.03 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 2.21 | | 11,939.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1700% | 1270-000 | 1.66 | | 11,940.90 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.49 | | 11,942.39 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.51 | | 11,943.90 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.51 | | 11,945.41 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.42 | | 11,946.83 |

| | | Subtotals : | $11,967.23 | $20.40 |
|---|---|---|---|---|

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-55284 | |
| Case Name: | SALLIS, CARLOS ELDRIDGE | |
| | | |
| Taxpayer ID #: | 13-7508947 | |
| Period Ending: | 12/28/09 | |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****32-65 - Money Market Account |
| Blanket Bond: | $3,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1500% | 1270-000 | 1.56 | | 11,948.39 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1200% | 1270-000 | 1.30 | | 11,949.69 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.93 | | 11,950.62 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.84 | | 11,951.46 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.48 | | 11,951.94 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.45 | | 11,952.39 |
| 03/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.43 | | 11,952.82 |
| 03/27/09 | | To Account #*******3266 | TRANSFER FROM INVESTMENT | 9999-000 | | 11,952.82 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 11,973.22 | 11,973.22 | $0.00 |
| Less: Bank Transfers | 0.00 | 11,952.82 | |
| Subtotal | 11,973.22 | 20.40 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $11,973.22 | $20.40 | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-55284 |
| **Case Name:** | SALLIS, CARLOS ELDRIDGE |
| **Taxpayer ID #:** | 13-7508947 |
| **Period Ending:** | 12/28/09 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****32-66 - Checking Account |
| **Blanket Bond:** | $3,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/09 | | From Account #********3265 | TRANSFER FROM INVESTMENT | 9999-000 | 11,952.82 | | 11,952.82 |
| 04/28/09 | 101 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,947.23, Trustee Compensation;  Reference: | 2100-000 | | 1,947.23 | 10,005.59 |
| 04/28/09 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,521.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,521.50 | 7,484.09 |
| 04/28/09 | 103 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $75.00, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 75.00 | 7,409.09 |
| 04/28/09 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $385.00, Accountant for Trustee Fees (Other Firm);  Reference: | 3410-000 | | 385.00 | 7,024.09 |
| 04/28/09 | 105 | Yellow Book USA | Dividend paid  24.58% on $3,936.79; Claim# 1; Filed: $3,936.79; Reference: | 7100-000 | | 967.67 | 6,056.42 |
| 04/28/09 | 106 | OraPharma Inc | Dividend paid  24.58% on $1,097.48; Claim# 2; Filed: $1,097.48; Reference: | 7100-000 | | 269.76 | 5,786.66 |
| 04/28/09 | 107 | Patterson | Dividend paid  24.58% on $2,953.59; Claim# 3; Filed: $2,953.59; Reference: | 7100-000 | | 725.99 | 5,060.67 |
| 04/28/09 | 108 | Premium Waters | Dividend paid  24.58% on $272.55; Claim# 4; Filed: $272.55; Reference: | 7100-000 | | 66.99 | 4,993.68 |
| 04/28/09 | 109 | Premium Asset Recovery | Dividend paid  24.58% on $1,021.55; Claim# 5; Filed: $1,021.55; Reference:<br>Stopped on 11/03/09 | 7100-001 | | 251.10 | 4,742.58 |
| 04/28/09 | 110 | United States Department of Education | Dividend paid  24.58% on $14,604.88; Claim# 6; Filed: $14,604.88; Reference: | 7100-000 | | 3,589.89 | 1,152.69 |
| 04/28/09 | 111 | Medical Arts | Dividend paid  24.58% on $74.29; Claim# 7; Filed: $74.29; Reference: | 7100-000 | | 18.26 | 1,134.43 |
| 04/28/09 | 112 | HPSC Loans | Dividend paid  24.58% on $3,390.24; Claim# 8; Filed: $3,390.24; Reference: | 7100-000 | | 833.32 | 301.11 |
| 04/28/09 | 113 | Suburan Chicago Newspapers | Dividend paid  24.58% on $1,225.00; Claim# 9; Filed: $1,225.00; Reference: | 7100-000 | | 301.11 | 0.00 |
| 11/03/09 | 109 | Premium Asset Recovery | Dividend paid  24.58% on $1,021.55; Claim# 5; Filed: $1,021.55; Reference:<br>Stopped: check issued on 04/28/09 | 7100-001 | | -251.10 | 251.10 |
| 11/03/09 | 114 | Clerk of the United States Bankruptcy Court | Deposit of unclaimed Funds | 7100-000 | | 251.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **11,952.82** | **11,952.82** | **$0.00** |
| Less: Bank Transfers | 11,952.82 | 0.00 | |
| **Subtotal** | **0.00** | **11,952.82** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$11,952.82** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-55284 | Trustee: | ILENE F. GOLDSTEIN (330290) |
| Case Name: | SALLIS, CARLOS ELDRIDGE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****32-66 - Checking Account |
| Taxpayer ID #: | 13-7508947 | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 12/28/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | | | 11,973.22 | | |
| | | Net Estate : | | | $11,973.22 | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| MMA # ***-*****32-65 | 11,973.22 | 20.40 | 0.00 |
| Checking # ***-*****32-66 | 0.00 | 11,952.82 | 0.00 |
| | $11,973.22 | $11,973.22 | $0.00 |